1  ANTHONY J. DECRISTOFORO (SB #166171)
   STOEL RIVES LLP
2  500 Capitol Mall, Suite 1600
   Sacramento, CA 95814
3  Telephone: (916) 447-0700
   Facsimile: (916) 447-4781
4
   BRIAN J. NESE (SB #235057)
   STOEL RIVES LLP
5  12265 El Camino Real, Suite. 303
   San Diego, CA 92130
6  Telephone: (858) 794-4100
   Facsimile: (858) 794-4111
7
   Attorneys for Plaintiff
8  ARROW ELECTRONICS, INC.

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11 ARROW ELECTRONICS, INC.,           Case No. CV 09-8547 DSF (JCx)

12            Plaintiff,              [PROPOSED] DEFAULT JUDGMENT
                                      AGAINST DEFENDANT AXIOTRON,
13      v.                            INC.

14 AXIOTRON, INC.,

15            Defendant.

16

17      The Court having found that Defendant Axiotron, Inc. ("Axiotron") was regularly served

18 with a copy of the Complaint filed by Plaintiff Arrow Electronics, Inc. ("Arrow") and having

19 failed to answer or otherwise respond to the Complaint within the time period prescribed by law,

20 and Axiotron's default previously being entered, and for other good cause appearing therefor;

21      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment by

22 default is entered in favor of Arrow and against Axiotron on all claims in Arrow's Complaint for

23 the total amount of $1,165,174.85, calculated as follows:

24      1. Compensatory Damages in the amount of $1,138,798.87, which is comprised of:

25         a. $782,918.98, which is the balance remaining on credit purchases from

26            Arrow; plus

  b. $347,333.32, which is the balance remaining on NCNR products purchased from Arrow;

2. $8,546.57, which is the amount of pre-judgment interest accrued on Defendant's debts; plus

3. $26,375.98 in Attorneys' Fees, to which Arrow is entitled under Local Rule 55-3.

DATED this the 25th day of February, 2010.

            _____
            United States District Court Judge